UNIVERSAL WINDING CO. v. WILLIMANTIC LINEN CO.

(Circuit Court of Appeals, Second Circuit. January 25, 1899.)

No. 15.

1. PATENTS—INVENTION—PROCESS AND PRODUCT—PATENTS FOR COPS.
    The Wardwell patents, No. 480,158, for a method of winding cops, and No. 486,745, for a cop which is the product of such process, *held* void for want of patentable novelty.

2. SAME—MACHINE FOR WINDING COPS.
    The Wardwell patent, No. 480,157, for a machine for winding cops, construed, and *held* not infringed.

Appeal from the Circuit Court of the United States for the District of Connecticut.

Edwin H. Brown and Edward N. Dickerson, for appellant.
Chas. E. Mitchell and John P. Bartlett, for appellee.

Before WALLACE and LACOMBE, Circuit Judges, and WHEELER, District Judge.

PER CURIAM. The discussion of all the material questions involved in this cause in the opinion by Judge Townsend in the court below (82 Fed. 228) is so full and satisfactory that we do not deem it necessary to go over them again in an opinion by this court. We do not mean to be understood, however, as indorsing his conclusion that the product patent is void because of the prior process patent. The applications by the patentees for both patents were pending in the patent office concurrently, the application for the product patent being the earlier. As we are of the opinion that the product patent is void for want of novelty, for the other reasons assigned by Judge Townsend, it is unnecessary to consider whether it is void in view of the earlier issue of the process patent, and do not intend to pass upon that question. The decree is affirmed, with costs.